# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-24-00604-CR

**Ex parte Jesse Ruiz**

**APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED AS MOOT -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the trial court's denial of appellant's pretrial application for writ of habeas corpus challenging the bond amount. Having reviewed the record, the Court concludes that the appeal is moot and should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.